USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IRA MOHAMMED, *on behalf of herself, individually, and on behalf of all others similarly-situated*,

                         Plaintiff,

     -against-

LEAP SERVICES, INC.,

                         Defendant.

-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**24-CV-1318 (JMF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been referred to me for settlement purposes (docket no. 7). A telephone conference will be held on **Monday, April 1, 2024 at 4:00 p.m.** in advance of a settlement conference. Counsel for the parties will be emailed the call-in information by Judge Parker's chambers prior to the scheduled conference date. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

    **The Defendant is directed to serve this order, and a copy of the Notice of Removal on the Plaintiff.**

    SO ORDERED.

Dated: February 28, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge