UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA MOHAMMED,<br><br>      Plaintiff,<br><br> -against-<br><br>LEAP SERVICES, INC.,<br><br>      Defendant. | 24-CV-01318 (JMF)(RFT)<br><br>**ORDER SCHEDULING<br>PRE-SETTLEMENT<br>TELEPHONE CONFERENCE** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  This case has been referred to me for settlement purposes (Doc 7). A telephone conference will be held on **4/15/2024, at 11 AM,** in advance of a settlement conference. The parties are directed to review Judge Tarnofsky's Individual Practices at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky concerning settlement conferences before the call. Counsel are directed to join the conference via Microsoft Teams at the scheduled time.

**Please dial (646) 453-4442, Access Code: 582 827 673#.**

  If counsel are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 24 hours of this order.

DATED: April 11, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge