UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA MOHAMMED,<br><br>      Plaintiff,<br><br> -against-<br><br>LEAP SERVICES, INC.,<br><br>      Defendant. | 24-CV-01318 (JMF)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A settlement conference was scheduled for April 17, 2024**.** It is now rescheduled to **Wednesday, July 31, 2024 at 2:00 p.m,** to be held by video conference. The Courtroom Deputy will email the details to counsel a week before the conference. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Wednesday, July 24, 2024, at 5:00 p.m**. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  April 16, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge