UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IRA MOHAMMED, *on behalf of herself,* :
*individually, and on behalf of all others* :
*similarly-situated*, :
: 24-CV-1318 (JMF)
Plaintiff, :
: ORDER
-v- :
:
LEAP SERVICES, INC., :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's April 16, 2024 Order, ECF No. 26, crystallizing the parties' stipulation, Plaintiff was required to file an Amended Complaint by May 3, 2024. To date, Plaintiff has not filed an Amended Complaint. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 10, 2024**. No further extensions will be granted.

     SO ORDERED.

Dated: May 6, 2024
      New York, New York

                                                JESSE M. FURMAN
                                              United States District Judge