UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA MOHAMMED, on behalf of herself, individually, and on behalf of all others similarly-situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>LEAP SERVICES, INC.,<br><br>      Defendant. | **AGREED ORDER**<br><br>**Case No.: 24-cv-1318 (JMF)(RFT)**<br><br>Jury Trial Demanded |

**UPON JOINT LETTER MOTION AND AGREEMENT OF THE PARTIES, IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff will not be amending the complaint to add any additional causes of action at this time.

2. The parties have moved and the Court orders that the proceedings in this action will be stayed, and all dates vacated, pending disposition of the New York Court of Appeals' appellate review of the decision in *Grant v. Global Aircraft Dispatch, Inc.*, 223 A.D.3d 712 (2d Dep't 2024).

3. Within fifteen (15) days of the issuance of the decision in *Grant*, the Plaintiff will file a motion to lift the stay and request a status conference with the Court, provided that the decision of the Court of Appeals supports continuing this action, or the parties will file a stipulation of dismissal of this action with prejudice.

Dated: May  23 , 2024

The parties shall file joint status letters every three months after the date of this Order, and shall file a joint status letter informing the Court within 72 hours of any material developments in *Grant*. To the extent any party believes judicial approval of the settlement is appropriate/necessary, they shall file a letter motion to that effect. The Clerk of Court is directed to put this case on the suspense docket and terminate ECF No. 29. SO ORDERED.

May 23, 2024