UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IRA MOHAMMED, *on behalf of herself, individually,* :
*and on behalf of all others similarly-situated*, :
:
                              Plaintiffs, :        24-CV-1318 (JMF)
:
      -v- :        <u>ORDER</u>
:
LEAP SERVICES, INC., :
:
                              Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's May 23, 2024 Order, ECF No. 35, the parties were required to file a joint status letter, the contents of which are described therein, every three months after the date of that Order. To date, the parties have not filed a joint status letter. As a courtesy, the deadline to file a joint status letter is hereby EXTENDED, *nunc pro tunc*, to **September 6, 2024**.

       SO ORDERED.

Dated: August 27, 2024
       New York, New York

                                                  JESSE M. FURMAN
                                          United States District Judge