UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
IRA MOHAMMED, *on behalf of herself, individually,* :
*and on behalf of all others similarly-situated,* :
:
                            Plaintiff, :        24-CV-1318 (JMF)
:
     -v-                                      :           ORDER
:
LEAP SERVICES, INC., :
:
                          Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's May 23, 2024 Order, ECF No. 35, the parties were required to file a joint status letter, the contents of which are described therein, every three months after the date of that Order. Since the last joint status letter filed on September 6, 2024, the parties have not filed another joint status letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 13, 2024**. Failure to comply with that deadline may result in sanctions.

       SO ORDERED.

Dated: December 9, 2024
       New York, New York
                                                            JESSE M. FURMAN
                                                  United States District Judge