UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
IRA MOHAMMED, *on behalf of herself, individually,* :
*and on behalf of all others similarly-situated,* :
:
                       Plaintiff,          :      24-CV-1318 (JMF)
:
     -v-                          :         ORDER
:
LEAP SERVICES, INC., :
:
                       Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's September 19, 2025 Order, ECF No. 52, the parties were required to file a joint status letter, no later than September 29, 2025. To date, the parties have not filed this letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 7, 2025**. Failure to file the letter by that deadline may result in sanctions.

      SO ORDERED.

Dated: September 30, 2025
       New York, New York
                                            JESSE M. FURMAN
                                          United States District Judge